UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARL L. SMITH, # 350231                    CIVIL ACTION

VERSUS                                     NO. 00-0111

BURL CAIN WARDEN, ET AL                    SECTION SECT B MAG 6

## ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

New Orleans, Louisiana, this 18th day of January, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

JAN 18 2000

JAN 18 2000

DATE OF ENTRY_____

Fee_____
Process___
X Dktd____
_____
Doc.No. 2