FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 12 P 3: 46

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**CARL L. SMITH   #350231**                                                    CIVIL ACTION

**VERSUS**                                                                                    NO. 00-0111

**BURL CAIN, WARDEN, ET AL**                                            SECTION "B"(6)

\* \* \* \* \* \* \* \* \*

MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT,** comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. Respondent was served with petitioner's brief on February 16, 2000.

2. On February 22, 2000, undersigned counsel delivered a request for the Criminal District Court record to the Office of the Clerk of Court. However, as of this date, the clerk has been unable to provide a copy of that record. Respondent has obtained copies of petitioner's state supreme court filings necessary to file a response.

3. Respondent respectfully requests an extension of seven days until April 19, 2000, within which to file a record and response.

4. Respondent is unaware of any opposition to this motion for extension of time.

DATE OF ENTRY
APR 1 4 2000

**WHEREFORE,** respondent respectfully requests an extension of seven (7) days, until the 19th day of April, 2000, in which to file a response brief and a copy of the state court record in this matter.

Respectfully submitted,

_____
Charles E. F. Heuer BAR NO. 17968
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Extension of Time has been served upon petitioner this 12th day of April, 2000 by placing a copy of same in the United States mail, postage prepaid, addressed to:

Carl L. Smith, #350231
Camp J. Bass Unit Dorm
Louisiana State Penitentiary
Angola, Louisiana 70712

_____
Charles E. F. Heuer
Assistant District Attorney

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL L. SMITH   #350231** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0111** |
| **BURL CAIN, WARDEN, ET AL** | **SECTION "B"(6)** |

## O R D E R

**IT IS ORDERED** that respondent herein be granted an extension until the 19th day of April, 2000 in which to file a response in the above-captioned matter.

_____
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This __13th__ day of April, 2000
New Orleans, Louisiana.

3