UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED
MAY 0 1 2000
LORETTA G. WHYTE
Clerk

CARL L. SMITH #350231            CIVIL ACTION
VERSUS                           NO. 00-0111
BURL CAIN, WARDEN, ET AL         SECTION "B"(6)

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, COMES CARL L. SMITH Prose as petitioner, who respectfully requests an extension of time in which to file a traverse/motion in opposition to the State of Louisiana, through the Assistant District Attorney for the following reasons:

1. Petitioner was served Response to Petition for Habeas Corpus on April 24, 2000.

2. Despite due diligence, petitioner inability to compile a complete and adequate litigation has largely depending on inmate counsel who is housed in the main prison compound.

3. Petitioner is housed at Camp J and has no control over the work, effectiveness, and timely manner of inmate counsel's case load.

4. Petitioner has NO LEGAL education and must rely on Legal Programs' inmate counsel to perform his legal matters.

5. Petitioner respectfully request an extension of thirty days, until May 24, 2000 within which to file a TRAVERSE/MOTION in opposition to State's Response to Petition for Habeas Corpus

DATE OF ENTRY
MAY 2 2000

Fee _____
Process _____
X Dktd _TXGL_
X CtRmDep _7_
Doc.No. _7_

WHEREFORE, petitioner respectfully prays that his request an extension of thirty (30) days, until the 24th day of May, 2000, in which to file an opposition to State's response to Petition for Habeas Corpus.

Respectfully submitted

*Carl Lee Smith*

CARL L. SMITH
#350231
CAMP J BASS
LOUISIANA STATE PENITENTIARY
ANGOLA, LA. 70712

### CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Extension of Time has been served upon the District Attorney's Office this ___ day of April, 2000 by placing a copy of same in the United States mail postage prepaid, addressed to:

HARRY F. CONNICK
DISTRICT ATTORNEY OF NEW ORLEANS
STATE OF LOUISIANA
619 SOUTH WHITE ST.
NEW ORLEANS, LA. 70119

*Carl Lee Smith*
CARL L. SMITH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARL L. SMITH #350231         CIVIL ACTION
VERSUS
BURL CAIN, WARDEN, ET AL    NO. 00-0111
                                         SECTION "B" (6)

## ORDER

IT IS ORDERED that petitioner herein be granted an extension until the 24th day of May, 2000 in which to file a TRAVERSE/Motion in opposition to State's response to Petition For Habeas Corpus in the above captioned matter.

                                _____
                                UNITED STATE MAGISTRATE JUDGE
                                UNITED STATE DISTRICT COURT
                                EASTERN DISTRICT OF LOUISIANA

This 2ND day of May, 2000
NEW ORLEANS, LA.