FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -2 P 2: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| CARL SMITH | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0111 |
| BURL CAIN, WARDEN | * | SECTION: "B"(6) |

## ORDERED

The Court's prior Order referring the above-captioned action filed pursuant to Title 28, United States Code, Section 2254 to the Magistrate Judge is hereby **REVOKED.**

New Orleans, Louisiana, this 1st day of May, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAY 3 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.