FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN 30 A 9: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL L. SMITH | CIVIL ACTION |
| VERSUS | NO: 00-0111 |
| N. BURL CAIN, WARDEN | SECTION: "B"(6) |

JUDGMENT

**IT IS ADJUDGED AND DECREED** that Carl L. Smith's petition for issuance of the writ of *habeas corpus* under 28 U.S.C. § 2254, is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 29th day of June, 2000.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 3 0 2000