UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CARL L. SMITH | : | CIVIL ACTION |
| VERSUS | : | CASE NO: 00-0111 |
| BURL CAIN, WARDEN | : | SECTION: "B" (6) |

## NOTICE OF APPEAL

TO: The Honorable Ivan L.R. Lemelle,
District Judge
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

Harry Connick
District Attorney
District Attorney's Office
619 S.White St.
New Orleans, Louisiana 70119

Petitioner Carl L. Smith gives notice of his intent to appeal to the United States Court of Appeals for the Fifth Circuit from the June 29, 2000 final judgment entered in the above caption matter. This notice is filed pursuant to Fed. R. App. 4(a), which requires a notice of intent to appeal a final judgment to be filed with the district court within thirty days from the date of entry of judgment appealed from.

                                    Respectfully submitted,

                                    */s/ Carl Lee Smith*
                                    CARL L. SMITH #350231
                                    *In Proper Person*
                                    Camp J - Bass Unit
                                    Louisiana State Penitentiary
                                    Angola, Louisiana   70712

## CERTIFICATE OF SERVICE

I, Carl L. Smith, hereby certify that a copy of the foregoing *Notice of Appeal* has been served upon the opposing party counsel of record *via* the United States Postal Service, by placing a copy of same into the United States mailbox with sufficient postage and properly addressed to: Harry Connick, District Attorney, District Attorney's Office, 619 S. White St. New Orleans, Louisiana 70119, this 24 day of July, 2000.

                                                               *Carl Lee Smith*
                                                             CARL L. SMITH