

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Carl L. Smith # 350231 | CIVIL ACTION |
| VERSUS | NO. 00-111 |
| Burl Cain | SECTION "B" (6) |

**CERTIFICATE OF APPEALABILITY**

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____
_____

☒ a certificate of appealability shall not be issued for the following reason(s): _Petitioner fails to make a substantial showing of the denial of a constitutional right as to any asserted claims._
_____
_____

Date: August 2, 2000

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 0 4 2000

___Fee____
___Process__
X__Dktd___CK
___CtRmDep__
Doc.No. 13