CL/APP



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARL L. SMITH 350231                          CIVIL ACTION

VERSUS                                        NUMBER: 00-111

BURL CAIN, WARDEN                             SECTION: B (6)

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

DATE OF ENTRY
AUG 2 4 2000

___ Fee
___ Process
X  Dktd
✓  CtRmDep
___ Doc.No. 15

☑ the motion is DENIED due to the party's failure to provide this court with the requisite financial information.

☐ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons: _____

The petitioner has failed to submit the requisite financial information.

_____

_____

New Orleans, Louisiana, this 22nd day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE