IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-30947

CARL SMITH

            Petitioner - Appellant

v.

BURL CAIN, Warden, Louisiana State Penitentiary

            Respondent - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of 12/5/00, for want of prosecution. The appellant failed to timely pay docketing fee, file motion for certificate of appealability and brief in support.

                          CHARLES R. FULBRUGE III
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

By: _____
      Monica Washington, Deputy Clerk

                      FOR THE COURT - BY DIRECTION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 6 2000

LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
F I L E D
DEC 5 2000
CHARLES R. FULBRUGE III
CLERK

Fee _____
Process _____
X Dkld _____
CtRmDep _____
Doc.No. 16

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   12/5/00